People v Jones (2025 NY Slip Op 00620)

People v Jones

2025 NY Slip Op 00620

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND KEANE, JJ. (Filed Jan. 31, 2025.)

MOTION NO. (873/22) KA 21-00117.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
MARTHA J. JONES, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.